Case 1:07-cv-00195-JM   Document 8-4   Filed 11/05/08   Page 1 of 2

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 26 2007

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Comcast of New Hampshire, Inc., ) Case No.: **1:07-cv-195-JM**
)
   Plaintiff )
)
vs. ) ORDER OF
) DEFAULT JUDGMENT
)
Bennie Rivera, )
)
   Defendant )

The Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, finds that the Plaintiff is entitled to a Default Judgment as follows:

1. $ **6,483.75** in statutory and exemplary damages pursuant to Title 47 U.S.C. § 553(c)(3)(A)(ii) and/or Title 47 U.S.C. § 553(c)(3)(B); for the violation of 47 U.S.C. § 553(a);

2. $ **2,000.00** in exemplary damages pursuant to Title 47 U.S.C. § 553(c)(3)(B) for the Defendant's willful private financial gain;

3. Costs $ **376.00** pursuant to 47 U.S.C. 553(c)(2)(C);

4. The issuance of a permanent injunction pursuant to 47 U.S.C. § 553 (c)(2)(A), as follows:

   "The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signal in accordance with Title 47; and

4. Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961;

Page 1

5.   Attorney's fees of $ 600.00 pursuant to Title 47 U.S.C. 553(c)(2)(C).

**SO ORDERED**.

Dated: 11/26/07

*James E. Muirhead*
United States ~~District~~ Court Judge